# EXHIBIT A



# Print your report

Below is all the information currently in your credit report. The payment history guide and common questions will help explain your credit information. Print this page or write down your report number for future access.

**Address**
Experian
P.O. Box 9701 Allen, TX 75013

**Any pending disputes will be highlighted below.**

## Personal Information

### Name(s) associated with your credit

| Name | Name identification number |
|---|---|
| FRANCIS E DAVIS | ■ |
| ■ | ■ |
| ■ | ■ |
| ■ | ■ |

### Address(es) associated with your credit

| Address | Address identification number | Residence type | Geographical code |
|---|---|---|---|
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |

### Other personal information associated with your credit

**Year of birth**
■

**Spouse or co-applicant**
■

**Telephone number(s)**
■        ■

**Current or former employer(s)**        **Address**
■        ■

## Your personal statements

No general personal statements appear on your report.

Add fraud alert

**Potentially negative items**



**Account name**
FIDELITY PROPERTIES INC

885 S SAWBURG AVE STE 103
ALLIANCE, OH 44601
330 821 9700
**Address identification number**
0095951001

**Original creditor**
OHIO NORTH EAST HEALTH SYSTE

**Account number**
8403667

**Type**
Collection
**Terms**
1 Months
**On record until**
Nov 2025

**Recent balance**
$100 as of 12/01/2020

**Credit limit or original amount**
$100
**High balance**
$0
**Monthly payment**
$0
**Recent payment amount**
$0

**Date opened**
08/2019

**Date of status**
08/2019
**First reported**
01/2020
**Responsibility**
Individual

**Status**
Collection account. $100 past due as of Dec 2020.

**Account history**

| 2020 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| C | C | C | C | C | C | C | C | C | C | C | C |

Collection as of Jan 2020 to Dec 2020

**Balance history**

The following data will appear in the following format:
Date: account balance / date payment received / scheduled payment amount / actual amount paid
Nov 2020: $100 / No data / No data / No data
Oct 2020: $100 / No data / No data / No data
Sep 2020: $100 / No data / No data / No data
Aug 2020: $100 / No data / No data / No data
Jul 2020: $100 / No data / No data / No data
Jun 2020: $100 / No data / No data / No data
May 2020: $100 / No data / No data / No data
Apr 2020: $100 / No data / No data / No data
Mar 2020: $100 / No data / No data / No data

Feb 2020: $100 / No data / No data / No data
Jan 2020: $100 / No data / No data / No data
The original amount of this account was $100

**Account name**
FIDELITY PROPERTIES INC

885 S SAWBURG AVE STE 103
ALLIANCE, OH 44601
330 821 9700
**Address identification number**
0095951001

**Original creditor**
OHIO NORTH EAST HEALTH SYSTE

**Account number**
8403690

**Type**
Collection
**Terms**
1 Months
**On record until**
Aug 2025

**Recent balance**
$104 as of 12/01/2020

**Credit limit or original amount**
$104
**High balance**
$0
**Monthly payment**
$0
**Recent payment amount**
$0

**Date opened**
08/2019

**Date of status**
08/2019
**First reported**
01/2020
**Responsibility**
Individual

**Status**
Collection account.
$104 past due as of Dec 2020.

**Account history**

| 2020 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| C | C | C | C | C | C | C | C | C | C | C | C |

Collection as of Jan 2020 to Dec 2020

**Balance history**

The following data will appear in the following format:
Date: account balance / date payment received / scheduled payment amount / actual amount paid
Nov 2020: $104 / No data / No data / No data
Oct 2020: $104 / No data / No data / No data
Sep 2020: $104 / No data / No data / No data
Aug 2020: $104 / No data / No data / No data
Jul 2020: $104 / No data / No data / No data
Jun 2020: $104 / No data / No data / No data
May 2020: $104 / No data / No data / No data
Apr 2020: $104 / No data / No data / No data
Mar 2020: $104 / No data / No data / No data
Feb 2020: $104 / No data / No data / No data
Jan 2020: $104 / No data / No data / No data
The original amount of this account was $104

